IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-00912-REB-CBS

CHRISTINE L. WHALEY,

    Plaintiff,

v.

MORGAN ADVANCED CERAMICS, INC.,
a Delaware corporation,
MORGAN MATROC INCORPORATED,
a Delaware corporation,
MORGAN TECHNICAL CERAMICS, INC.,
a Delaware corporation, and
DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED the Unopposed Motion for Protective Order (*doc. no. 11)* is **GRANTED**. The Stipulated Protective Order submitted July 10, 2007 shall be signed and entered on this date.

    In addition to Fed.R.Civ.P. 26(c)(2), and D.C.ColoL.CivR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.ColoL.CivR.) regarding the execution of this protective order.

**DATED:**    July 10, 2007