**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00912-REB-CBS

CHRISTINE L. WHALEY,

      Plaintiff,

v.

MORGAN ADVANCED CERAMICS, INC., a Delaware corporation,
MORGAN MATROC INCORPORATED, a Delaware corporation,
MORGAN TECHNICAL CERAMICS, INC., a Delaware corporation, and
DEPUY ORTHOPAEDICS, INC., an Indiana corporation,

      Defendants.

**ORDER APPROVING STIPULATION FOR AMENDMENT OF COMPLAINT AND
DISMISSAL OF CERTAIN DEFENDANTS**

**Blackburn, J.**

      The matter comes before the court on the **Stipulation for Amendment of Complaint and Dismissal of Certain Defendants** [#15], filed July 16, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that defendants Morgan Advanced Ceramics, Inc., Morgan Matroc Incorporated, and Morgan Technical Ceramics, Inc. should be dismissed.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Amendment of Complaint and Dismissal of Certain Defendants** [#15], filed July 16, 2007, is **APPROVED**;

      2.  That defendants Morgan Advanced Ceramics, Inc., Morgan Matroc Incorporated, and Morgan Technical Ceramics, Inc., **ARE DISMISSED**; and

3.  That defendants Morgan Advanced Ceramics, Inc., Morgan Matroc Incorporated, and Morgan Technical Ceramics, Inc., are **DROPPED** as named parties to this action.

Dated July 17, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**