IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-00912-REB-CBS

CHRISTINE L. WHALEY,

    Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Defendant Depuy Orthopaedics, Inc.'s Motion for Leave to File Cross-Claim Against Morgan Advanced Ceramics Ltd. (*doc. no. 28*) is **GRANTED**. Depuy Orthopaedics, Inc.'s "Cross-Claim Against Morgan Advanced Ceramics Ltd." (*doc. no. 30*) is accepted for filing as of the date of this minute order.

**DATED:**    September 14, 2007