IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00912-REB-CBS

CHRISTINE L. WHALEY,

    Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC., an Indiana corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal with Prejudice** [#68] filed July 11, 2008. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** [#68] filed July 11, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for May 15, 2009, is **VACATED**;

3. That the jury trial set to commence June 1, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 14, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**